# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

**WILLIE F BOSTON,**

    Plaintiff,

v.                                                      CASE NO. 5:04-cv-00424-SPM-AK

**JO ANNE BARNHART,**

    Defendant.

_____/

## O R D E R

This matter is before the Court on Plaintiff's Motion to Extend Time to file memorandum. (Doc. 10). Having considered said motion, the Court is of the opinion that it should be **GRANTED**, and that Plaintiff shall have through May 19, 2005, to file the memorandum.

**DONE AND ORDERED** at Gainesville, Florida, this **10th** day of May, 2005.

                                          s/ A. KORNBLUM
                                          **ALLAN KORNBLUM**
                                          **UNITED STATES MAGISTRATE JUDGE**