IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

WILLIE F. BOSTON,

    Plaintiff,

vs.                     CASE NO.: 5:04cv424-SPM/AK

JO ANNE B. BARNHART,
Commissioner of Social Security,

    Defendant.

_____/

## **ORDER**

This cause comes before the Court for consideration of the Magistrate Judge's Report and Recommendation (doc.14) dated March 3, 2006. The parties have each been furnished a copy and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is hereby ORDERED as follows:

1.     The magistrate judge's report and recommendation (doc. 14) is ADOPTED and incorporated by reference in this order.

2. The decision of the Commissioner denying benefits is reversed and this case is remanded for payment of benefits.

DONE AND ORDERED this 29th day of March, 2006.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge