IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

WILLIE F. BOSTON,

    Plaintiff,

vs.                                      CASE NO.: 5:04cv424-SPM/AK

JO ANNE B. BARNHART,
Commissioner of Social Security,

    Defendant.

_____/

## ORDER AWARDING ATTORNEY FEES

Upon consideration of Plaintiff's Petition for Attorney Fee's (doc. 16) under the Equal Access to Justice Act  (doc. 24) and Defendant's response (doc. 18) stating that she is unopposed, it is

ORDERED AND ADJUDGED:

1.    The motion (doc. 16) is granted.

2.    The Clerk shall enter judgment against Defendant and in favor of Plaintiff in the amount of $2,380.00 for attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412.

DONE AND ORDERED this 13th day of April, 2006.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge